# EXHIBIT A

# Honda Aircraft Company LLC

6420 Ballinger Rd, Greensboro, NC 27410.

| Sold to Party | |
|---|---|
| HONDA JET LIMITED, L.L.C.<br>P.O. Box 19307<br>STILWELL KS 66085-8418 | |

| Ship to Party | |
|---|---|
| GREENSBORO SERVICE CENTER<br>6420 BALLINGER RD<br>GREENSBORO NC 27410 | |

| Debit memo | |
|---|---|
| Document No. | 90016558 |
| Document Date | 03/28/2019 |
| Ref. Doc. type | Service Center Invoice |
| Ref. Doc. No. | WQ502391 |
| Ref. Doc. Date | 03/28/2019 |
| Currency | USD |
| Customer No. | 10335 |
| Phone | 336-662-0246 EXT 2088 |
| Email | accounts_receivable@haci.honda.com |

| Header Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Payment Terms | NT30 | Net due in 30 days | | | | | | |

| Item | Aircraft Model-Serial | Material | Quantity | UOM | Condition | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 10 | | LABOR-SVC_CTR | 1 | EA | | 679.25 | USD | 679.25 |
| | | Labor - Service Center | | | | | | |
| 20 | | CONSUMABLES-SVC_CTR | 1 | EA | | 20.38 | USD | 20.38 |
| | | Consumables - Service Center | | | | | | |
| | | | | | | Items Total | | 699.63 |
| | | | | | | Taxes | | 1.38 |
| | | | | | | **Total Amount** | | **701.01** |

NOTES

Exhibit A

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 2 of 31

# HONDA

**Honda Aircraft Company**
Customer Service Center
6420 Ballinger Road
Greensboro, NC 27410
FAA CRS: 3HDR835B

## Work Package Invoice

| | |
|---|---|
| Invoice #: | WQ502391 |
| Work Package #: | WP300794 |
| Tail #: | N368BL |
| Serial #: | 42000052 |
| Date Printed: | 3/28/2019 |
| Page: | 1 |

**To:** HONDAJET LIMITED LLC
16221 FOSTER ST
STILWELL, KS 66085-8418
US

**Ship To:** HONDAJET LIMITED LLC

| | | |
|---|---|---|
| Cust Ref #: | Phone #: | |
| Code: 10335 | Fax #: | Entry Date: 1/3/2019    Terms: NT30 |
| | Email: | |

| Seq | Description | | Amount |
|---|---|---|---|
| 1 | TIME & MATERIAL | Labor: | $395.20 |
| | | Total: | $395.20 |
| 1 | NEW AIRCRAFT WARRANTY | Total: | $.00 |
| 1 | P2 (PARTS COVERAGE ONLY) | Labor: | $284.05 |
| | | Total: | $284.05 |
| 1 | NO CHARGE REWORK - Fixed | Total: | $.00 |

## Invoice Totals:

| | |
|---|---|
| Labor: | $679.25 USD |
| Consumables: | $20.38 USD |
| Total: | $699.63 USD |
| | Payable in USD |

Revision IR 1/1/13

Form HAC-2051

# 1 TIME & MATERIAL

**Task: 1001**

**Work Required:** Perform Preliminary Inspection Using Form RSF-401.

**Action Taken:** Performed Preliminary Inspection Using Form RSF-401.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 0.2 | $123.50 | $24.70 |
| | | | Labor Total: | $24.70 |
| | | | Task 1001 Total: | $24.70 |

**Task: 23001**

**Work Required:** Pilot reports radio (Com and XM Radio) fades out repeatedly for approximately 30 seconds then returns to normal volume.

**Action Taken:** The Sirius XM radio system will lower the volume of the XM radio while other communications are present for a period of time( ATC com, Pilot Intercom, etc.). During operational test Coms never faded only the XM radio did. Reference Garmin quick reference guide 190-01490-01 Rev. B.

Performed a satisfactory operational test of the COM and XM system could not duplicate problem IAW AMM 23-10-01, and 34-00-01

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 0.5 | $123.50 | $61.75 |
| | | | Labor Total: | $61.75 |
| | | | Task 23001 Total: | $61.75 |

**Task: 23002**

**Work Required:** RH PFD Com window (upper RH corner of screen) Intermittently shows amber "X".

**Action Taken:** Performed a satisfactory operational test of the COM system could not duplicate problem IAW AMM 23-10-01

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 0.5 | $123.50 | $61.75 |
| | | | Labor Total: | $61.75 |
| | | | Task 23002 Total: | $61.75 |

**Task: 36001**

**Work Required:** Pilot reports approx 40 deg difference in engine inlet temps (LH low). When Anti/ice selector is actuated, aircraft appears to yaw in the direction selected.

**Action Taken:** The 40 degree split is caused by the use of a lot of bleed air from one engine ( wing anti-ice, pressurization, heating and cooling, and engine anti-ice). The engine has to compensate for the high demand by using more fuel there for a higher ITT. Reference HA-420 AMM 30-00-00.
Performed engine downloads and sent to engineering for analysis. Engineering responded back with this is standard operation. With running all the bleed from 1 engine it requires 200 pounds more thrust then the other to compensate for bleed usage. Therefore you will get a momentary yaw due to the thrust split that will be compensated by the yaw damper shortly after. Also the Rudder bias will not activate till it has a 300 pound split between engines. Reference attached letter from Michael Faherty Honda Aircraft engineer for more information.
Performed a satisfactory anti-ice operational test IAW HA-420 AMM 30-10-01

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 1.5 | $123.50 | $185.25 |
| | | | Labor Total: | $185.25 |
| | | | Task 36001 Total: | $185.25 |

**Task: 72501**

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 4 of 31

| Work Required: | Pilot reports marks on inner surface of RH engine inlet. Requests area be cleaned and inspected for damage. |
| Action Taken: | Clean and inspected RH engine inlet, no damage was found IAW HA-420 AMM 20-11-16 |

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 0.5 | $123.50 | $61.75 |
| | | | Labor Total: | $61.75 |

| | | Task 72501 Total: | $61.75 |
|---|---|---|---|

| | | **Total:** | **$395.20** |
|---|---|---|---|

---

## 1   NEW AIRCRAFT WARRANTY

**Task:**   30001

| Work Required: | WING ANTI-ICE FAULT CAS Message posted in flight. Message appears approx 1 minute after system comes on. On one occasion, RH BLEED FAULT also showed. |
| --- | --- |
| | Note: Reported by Kevin Tyler |
| Action Taken: | Performed downloads and found the anti-ice fault is being caused by a wing L wing bleed loop fault on channel A. Gained access to B ALD controller in lav mirror. Check impedance between loop A core and shield found very low resistance between core and shield. Gained access to connectors of BALD loop connectors in center fuselage. Disconnected connectors and check each loop separately for impedance. Found RH wing loop A at fault. Gained access to RH loop by removing RH leading edge panels and Piccolo tube. Removed RH wing loop A PN:HJ1-13010-871-001 SN: 162758 and installed new RH loop A PN:HJ1-13010-871-001 SN:184009 . Re-installed center fuselage panels Piccolo tube and lav mirror panel. Performed a satisfactory operational tes of wing anti-ice system IAW HA-420 AMM 25-41-15, 53-11-10, 30-11-13, 30-10-01 and 30-11-17. Reference WP300794 Sequence 57001 for removal and install of RH wing leading edges and sequence 57002 for removal and install of anti-ice baffles.  Torque Wrench ID: 0414022090 Cal Due: 4/2019 Torque Wrench ID: 0314506189 Cal Due: 10/2019 |

| | | Task 30001 Total: | $.00 |
|---|---|---|---|

---

**Task:**   57001

| Work Required: | Remove the right wing riveted leading edges to gain access to the wing bleed loop. |
| --- | --- |
| Action Taken: | Removed and installed the right wing riveted leading edges as required in accordance with HACI Production drawing HJ1-15720-010 Rev "H" supplied by HACI Technical Support Representative Mathew Goettsch. |

| | | Task 57001 Total: | $.00 |
|---|---|---|---|

---

**Task:**   57002

| Work Required: | Remove baffles and heat shields as required to gain access to the wing bleed loop. |
| --- | --- |
| Action Taken: | Removed and Re-installed baffles and heat shields required for access in accordance with HACI Production Drawing HJ1-13011-200 rev E, HJ1-13011-300 Rev F and HA-420 AMM 20-12-12. Drawings supplied by Technical Support Representative Matthew Goettsch. |

| | | Task 57002 Total: | $.00 |
|---|---|---|---|

---

**Task:**   99001

| Work Required: | Polish the leading edges after installation. |
| --- | --- |
| Action Taken: | Polishing of the leading edges performed by approved vendor Perfect Aircraft. |

| | | Task 99001 Total: | $.00 |
|---|---|---|---|

| | | **Total:** | **$.00** |
|---|---|---|---|

---

## 1   P2 (PARTS COVERAGE ONLY)

**Task:**   26002

| Work Required: | Pilot reports overhead trim between cockpit and cabin pops out. | | | |
| Action Taken: | Removed overhead trim piece between cabin and cockpit and replaced with new trim piece PN: D533301AD539 in reference to HA-42 0 AMM 25-21-13. | | | |

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 1.4 | $123.50 | $172.90 |
| | | | Labor Total: | $172.90 |
| | | | Task 25002 Total: | $172.90 |

| Task: | 25003 | | | |
| Work Required: | MED cable closeout trim (rectangular) is broken and falls out. | | | |
| Action Taken: | Removed cable close out and installed new cable cover PN: D536303AD29 per standard practices. | | | |

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 0.9 | $123.50 | $111.15 |
| | | | Labor Total: | $111.15 |
| | | | Task 25003 Total: | $111.15 |

| | | | Total: | $284.05 |
|---|---|---|---|---|

**1   NO CHARGE REWORK - Fixed**

| Task: | 25001 | | |
| Work Required: | Aftermarket carpet runners are leaving residue on lower sidewall fabric because adhesive is not holding backer spikes. Spike strips are sliding out of place. Clean sidewalls and assess alternative adhesive possibilities. | | |
| Action Taken: | Re-secured backer spikes to the carpet runners IAW HA-420 AMM 20-13-16. Cleaned lower sidewalls per Zodiac Aerospace Honda V LJ Repair Guidelines Document No. D53-HJ1-001 REV. A, dated 21OCT2015. No other defects noted. | | |

| | | Task 25001 Total: | $.00 |
|---|---|---|---|

| | | Total: | $.00 |
|---|---|---|---|

| | Description | Qty | Ext Price |
|---|---|---|---|
| | Consumable Charge | 1 | $20.38 |

| | Total: | $699.63 |
|---|---|---|
| | | Payable in USD |

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 6 of 31

# Honda Aircraft Company LLC

6420 Ballinger Rd, Greensboro, NC 27410.

| Sold to Party | | Debit memo | |
|---|---|---|---|
| HONDA JET LIMITED, L.L.C.<br>P.O. Box 19307<br>STILWELL KS 66085-8418 | | Document No. | 90016451 |
| | | Document Date | 03/25/2019 |
| | | Ref. Doc. type | Service Center Invoice |
| | | Ref. Doc. No. | WQ502320 |
| **Ship to Party** | | Ref. Doc. Date | 03/25/2019 |
| | | Currency | USD |
| GREENSBORO SERVICE CENTER<br>6420 BALLINGER RD<br>GREENSBORO NC 27410 | | Customer No. | 10335 |
| | | Phone | 336-662-0246 EXT 2088 |
| | | Email | accounts_receivable@hacl.honda.com |

## Header Information

| Payment Terms | NT30 | Net due in 30 days |
|---|---|---|

| Item | Aircraft Model-Serial | Material | Quantity | UOM | Condition | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 10 | | LABOR-SVC_CTR<br>Labor - Service Center | 1 | EA | | 2,692.31 | USD | 2,692.31 |
| 20 | | MISC-SVC_CTR<br>Miscellaneous - Service Center | 1 | EA | | 80.77 | USD | 80.77 |
| | | | | | | Items Total | | 2,773.08 |
| | | | | | | Taxes | | 0.00 |
| | | | | | | **Total Amount** | | 2,773.08 |

NOTES

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 7 of 31

# HONDA

**Honda Aircraft Company**
Customer Service Center
6420 Ballinger Road
Greensboro, NC 27410
FAA CRS: 3HDR835B

## Work Package Invoice

| | |
|---|---|
| Invoice #: | WQ502320 |
| Work Package #: | WP300758 |
| Tail #: | N368BL |
| Serial #: | 42000052 |
| Date Printed: | 3/25/2019 |
| Page: | 1 |

**To:** HONDAJET LIMITED LLC
16221 FOSTER ST
STILWELL, KS 66085-8418
US

**Ship To:** HONDAJET LIMITED LLC

| Cust Ref #: | Phone #: | Entry Date: 11/5/2018 | Terms: NT30 |
|---|---|---|---|
| Code: 10335 | Fax #: | | |
| | Email: | | |

| Seq | Description | | Amount |
|---|---|---|---|
| 1 | NEW AIRCRAFT WARRANTY | Total: | $.00 |
| 1 | TIME & MATERIAL | Labor: | $284.05 |
| | | Misc: | $80.77 |
| | | Total: | $364.82 |
| 1 | P2 COVERAGE (PARTS) | Labor: | $2,408.26 |
| | | Total: | $2,408.26 |
| 1 | CUSTOMER CONCESSION | Total: | $.00 |

## Invoice Totals:

| | |
|---|---|
| Labor: | $2,692.31 USD |
| Misc: | $80.77 USD |
| Total: | $2,773.08 USD |
| | Payable in USD |

Revision IR 1/1/13

Form HAC-2051

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 8 of 31

## 1    NEW AIRCRAFT WARRANTY

**Task:    3001**

**Work Required:**  Comply with Service Bulletin SB-420-56-001 Cabin Window Seal Replacement due to cabin window seals migrating. Remove and repl ace cabin window seals (except emergency exit) with silicone seals.

**Action Taken:**  Removed cabin interior to gain access to cabin windows. Replaced all cabin window seals (except emergency exit window) with new s eals P/N 93108-131. All work performed IAW Honda Aircraft Company Service bulletin SB-420-56-001, HA-420 AMM 56-21-10, and ch apter 25.

Re-Installed cabin interior IAW HA-420 AMM Chapter 25.

Note: Pressurization completed on WP 300756 Seq 21001.
Torque Wrench ID#0314605189. Cal Due:10/19 Torque Wrench ID# 1216053961. Cal Due: 11/18.

|  |  |
|---|---|
| Task 3001 Total: | $.00 |

**Task:    12002**

**Work Required:**  Defuel aircraft to allow for repositioning to paint facility.  Refuel after paint repair is complete.

**Action Taken:**  De-fueled aircraft and re-torqued L/H engine FPMU in accordance with Honda Aircraft HA-420 AMM 12-11-10.

Refueled aircraft and performed satisfactory leak check of L/H engine FPMU supply line in accordance with Honda Aircraft HA-420 AM M 12-31-12 and 72-00-01

Torque Wrench ID#0414021931
Next Cal. Due 4/30/19

|  |  |
|---|---|
| Task 12002 Total: | $.00 |

**Task:    20001**

**Work Required:**  Repaint areas around cabin windows after repairs are complete.

**Action Taken:**  Paint areas around cabin windows performed by approved contractor HACI Production Paint.
 See HACI production WO 7000222 for additional details.

|  |  |
|---|---|
| Task 20001 Total: | $.00 |

**Task:    21001**

**Work Required:**  Perform cabin pressurization check.

**Action Taken:**  Performed satisfactory cabin pressurization leak test with a corrected SCFM of 27.38 IAW HA-420 AMM 21-30-01.

Performed satisfactory tailcone bleed air system duct leak check IAW HA-420 AMM 36-00-01.

Pressurization cart: 9163150501. Cal Due: 6/30/19
Torque Wrench: 0314605189. Cal Due: 10/19

|  |  |
|---|---|
| Task 21001 Total: | $.00 |

**Task:    25001**

**Work Required:**  Sink drain gasket is torn

**Action Taken:**  Removed and replaced the torn sink drain gasket with new gasket IAW HA-420 AMM 38-21-11. Performed a satisfactory operational te st of the water system IAW HA-420  AMM 38-00-01. No defects noted.

|  |  |
|---|---|
| Task 25001 Total: | $.00 |

**Task:    32003**

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 9 of 31

| Work Required: | Pilot reports nose wheel shimmy |
|---|---|
| Action Taken: | Removed the nose wheel and tire assembly from aircraft IAW HA-420 AMM 32-41-10. Upon removal, found the nose wheel bearings were dry needing to be repacked and the wheel was out of balance.. Repacked both nose wheel bearings and balanced the nose wheel and tire assembly IAW Meggitt Aircraft Braking Systems CMM 32-46-45. Reinstalled the nose wheel and tire assembly IAW HA-420 AMM 32-41-10. No other defects noted.

Torque Wrench I.D.- 0314505229 Cal. Due- 6/19 |

Task 32003 Total: $.00

---

**Task: 56001**

| Work Required: | Pilot reports LH windshield has coating loss and delamination . |
|---|---|
| Action Taken: | Removed left windshield P/N HJ1-15610-020-001, S/N 701 due to delamination and coating peeling off. Installed a new windshield P/N HJ1-15610-020-001, S/N 591 IAW HA-420 AMM 56-11-10

Performed satisfactory windshield heat functional test in reference to deviated procedure provided by Honda Aircraft Technical Service Representative David Sunda dated 5/4/17 and HA-420 AMM 30-40-01.

NOTE: See WP300758 Seq. 21001 for cabin pressurization leak test.

Torque Wrench ID: 0514400605, Next Cal Due: 4-19.
Multi-Meter ID: 37010094, Next Cal Due: 8/19
Thermometer ID: 25950123, Next Cal Due: 12-18 |

Task 56001 Total: $.00

---

**Task: 56002**

| Work Required: | Pilot reports the cockpit side window seals are bulging. |
|---|---|
| Action Taken: | Removed and trimmed the protruding rub strip from the L/H and R/H cockpit side windows per Honda Aircraft Company Repair Memo RM-420-56-06A.

Aerodynamic sealant applied by approved contractor HACI Production Paint.

Note reference WP300758 Sequence 21001 for pressurization check. |

Task 56002 Total: $.00

---

**Task: 56003**

| Work Required: | Emergency exit window seal is protruding. |
|---|---|
| Action Taken: | Removed and replaced the emergency exit window seal by complying with Honda Aircraft Repair Memo RM-420-56-15 REV.- Dated June 6, 2018. Cabin pressurization leak check to be completed on WP300758 Seq.# 3001.

Torque Wrench I.D.- 0414022183 Cal. Due- 4/19
Torque Wrench I.D.- 1216053961 Cal. Due- 11/10/18 |

Task 56003 Total: $.00

---

**Task: 99001**

| Work Required: | Perform aircraft cleaning and detailing as required.

Paint correction |
|---|---|
| Action Taken: | Aircraft cleaning and detailing performed by approved vendor Perfect Aircraft. |

Task 99001 Total: $.00

Total: $.00

## 1   TIME & MATERIAL

**Task:   1001**
**Work Required:**   Perform Preliminary Inspection per RSF-401.
**Action Taken:**   Performed Preliminary Inspection per RSF-401.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 0.3 | $123.50 | $37.05 |
| | | | Labor Total: | $37.05 |

| Misc | Charge | Qty | Unit Price | Ext Price |
|---|---|---|---|---|
| | Consumable Charges | 1 | $80.77 | $80.77 |
| | | | Misc Total: | $80.77 |

| | | | Task 1001 Total: | $117.82 |
|---|---|---|---|---|

**Task:   12001**
**Work Required:**   Perform Post Maintenance/Preflight Check per RSF-402.
**Action Taken:**   Performed Post Maintenance/Preflight Check per RSF-402.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 1 | $123.50 | $123.50 |
| | | | Labor Total: | $123.50 |

| | | | Task 12001 Total: | $123.50 |
|---|---|---|---|---|

**Task:   72001**
**Work Required:**   Comply with Monthly No. 1 engine performance downloads per HA-420 AMM 31-00-01 (CAMP Code 70-31-00-970-801).
**Action Taken:**   Complied with No. 1 engine performance downloads per Honda Aircraft HA-420 AMM 31-00-01.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 0.5 | $123.50 | $61.75 |
| | | | Labor Total: | $61.75 |

| | | | Task 72001 Total: | $61.75 |
|---|---|---|---|---|

**Task:   72501**
**Work Required:**   Comply with Monthly No. 2 engine performance downloads per HA-420 AMM 31-00-01 (CAMP Code 70-31-00-970-801).
**Action Taken:**   Complied with No. 2 engine performance downloads per Honda Aircraft HA-420 AMM 31-00-01.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 0.5 | $123.50 | $61.75 |
| | | | Labor Total: | $61.75 |

| | | | Task 72501 Total: | $61.75 |
|---|---|---|---|---|

| | | | Total: | $364.82 |
|---|---|---|---|---|

## 1   P2 COVERAGE (PARTS)

**Task:   32001**
**Work Required:**   Right main tire is worn to the cord.

Revision IR 1/1/13                                                        Form HAC-205I

| Action Taken: | Removed R/H MLG Wheel P/N 90006365 S/N SEP15-0197 and Tire P/N M19401 S/N 6089C075 IAW HA-420 AMM 32-41-11. Disassembled, cleaned and inspected R/H MLG Wheel assembly IAW Meggitt Aircraft Braking Systems CMM 32-41-46. No defects noted. |
| --- | --- |
| | Performed eddy current inspection on Wheel bead seat areas of P/N 90006365 S/N SEP15-0197 IAW Meggit CMM AP-763 part 3, 32-42-05 rev1. No relevant indications noted. Tool ID N500X12769V122919 cal due 2/19 |
| | Reassembled R/H MLG Wheel P/N 90006365 SN SEP15-0197 with new MLG tire P/N M19401 S/N 6090C016 IAW Meggit Aircraft Braking Systems CMM 32-41-46. Performed a satisfactory leak check. Reinstalled R/H MLG Wheel and Tire Assembly P/N HJ1-13240-010-0014 S/N SEP15-0197/6090C016 on aircraft IAW HA-420 AMM 32-41-11. Torque Wrench I.D.-0414022183 Cal. Due- 4/19 Torque Wrench I.D.-0314505189 Cal. Due- 10/31/18 Torque Wrench I.D.- 0414021948 Cal. Due- 4/19 |

| Labor | Skill | Hours | Labor Rate | Ext Price |
| --- | --- | --- | --- | --- |
| | Technician | 6.25 | $123.50 | $771.88 |
| | | | Labor Total: | $771.88 |
| | | | Task 32001 Total: | $771.88 |

| Task: 32002 | | | | |
| --- | --- | --- | --- | --- |
| Work Required: | Left main tire is worn to limits. | | | |
| Action Taken: | Removed L/H MLG Wheel P/N 90006365 S/N OCT15-0211 and Tire P/N M19401 S/N 6090C010 IAW HA-420 AMM 32-41-11. Disassembled, cleaned and inspected L/H MLG Wheel assembly IAW Meggitt Aircraft Braking Systems CMM 32-41-46. No defects noted. | | | |
| | Performed eddy current inspection on Wheel bead seat areas of P/N 90006365 S/N OCT15-0211 IAW Meggit CMM AP-763 part 3, 32-42-05 rev1. No relevant indications noted. Tool ID N500X12769V122919 cal due 2/19 | | | |
| | Reassembled L/H MLG Wheel P/N 90006365 S/N OCT15-0211 with new MLG tire P/N M19401 S/N 6089C003 IAW Meggit Aircraft Braking Systems CMM 32-41-46. Performed a satisfactory leak check, Reinstalled L/H MLG Wheel and Tire Assembly P/N HJ1-13240-010-0014 S/N OCT15-0211/6089C003 on aircraft IAW HA-420 AMM 32-41-11. Torque Wrench I.D.-0414022183 Cal. Due- 4/19 Torque Wrench I.D.-0314505189 Cal. Due- 10/31/18 Torque Wrench I.D.- 0414021948 Cal. Due- 4/19 | | | |

| Labor | Skill | Hours | Labor Rate | Ext Price |
| --- | --- | --- | --- | --- |
| | Technician | 6.25 | $123.50 | $771.88 |
| | | | Labor Total: | $771.88 |
| | | | Task 32002 Total: | $771.88 |

| Task: 32004 | | | | |
| --- | --- | --- | --- | --- |
| Work Required: | Left brake is worn to limits. | | | |
| Action Taken: | Removed L/H MLG brake assembly P/N 90006366 S/N SEP16-0237 and installed overhauled MLG brake assembly (PO#8500000614 Certificate # 8DRR699C Tracking # 85944480-10300-1) P/N 90006366 S/N MAR18-0333 IAW HA-420 AMM 32-41-18. | | | |
| | Performed a satisfactory brake bleed procedure IAW HA-420 AMM 29-00-01. | | | |
| | Torque Wrench I.D.- 0314505229 Cal. Due- 6/19 | | | |

| Labor | Skill | Hours | Labor Rate | Ext Price |
| --- | --- | --- | --- | --- |
| | Technician | 3.5 | $123.50 | $432.25 |
| | | | Labor Total: | $432.25 |
| | | | Task 32004 Total: | $432.25 |

| Task: 32005 | | | | |
| --- | --- | --- | --- | --- |
| Work Required: | Right brake is worn to limits. | | | |
| Action Taken: | Removed R/H MLG brake assembly P/N 90006366 S/N JUN16-0127 and installed overhauled MLG brake assembly (PO#8500000722 Certificate # 8DRR699C Tracking # 85976603-10300-1) P/N 90006366 S/N JAN16-0071 IAW HA-420 AMM 32-41-18. | | | |
| | Performed a satisfactory brake bleed procedure IAW HA-420 AMM 29-00-01. | | | |
| | Torque Wrench I.D.- 0314505229 Cal. Due- 6/19 | | | |

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 12 of 31

| Labor | Skill | | Hours | Labor Rate | Ext Price |
|-------|-------|--|-------|-----------|-----------|
| | Technician | | 3.5 | $123.50 | $432.25 |
| | | | | Labor Total: | $432.25 |

| | Task 32006 Total: | $432.25 |
|--|--|--|

| | **Total:** | **$2,408.26** |
|--|--|--|

---

## 1    CUSTOMER CONCESSION

| Task: | 35003 |
|-------|-------|
| **Work Required:** | Comply with 36 month inspection of No. 3 Passenger mask deployment system cartridge and manifold plate. (CAMP 35CA3521123) |
| **Action Taken:** | Complied with 36 month inspection of No. 3 Passenger mask deployment system cartridge and manifold plate IAW HA-420 ALM 05-10 -00, CMM 35-20-22, and AMM 35-21-10. No defects noted at this time. |
| | Note: Manifold/cartridge assembly P/N HJ1-13520-301-101 S/N D15100485 MFR Date 102015 (Manifold P/N HJ1-13520-301-001 S/N D15100522 MFR Date 102015; Cartridge P/N HJ1-13520-301-103 S/N D16010463 MFR Date 012016; Cartridge P/N HJ1-13520-301-103 S/N D16080860 MFR Date 082016) |
| | Torque ID: 0414022090 DUE:4-2019 |

| | Task 35003 Total: | $.00 |
|--|--|--|

---

| Task: | 35004 |
|-------|-------|
| **Work Required:** | Comply with 36 month inspection of No. 4 Passenger mask deployment system cartridge and manifold plate. (CAMP 35CA3521124) |
| **Action Taken:** | Complied with 36 month inspection of No. 4 Passenger mask deployment system cartridge and manifold plate IAW HA-420 ALM 05-10 -00, CMM 35-20-22, and AMM 35-21-10. No defects noted at this time. |
| | Note: Manifold/cartridge assembly P/N HJ1-13520-302-101 S/N D16010436 MFR Date 012016 (Manifold P/N HJ1-13520-302-001 S/N D16010490 MFR Date 012016; Cartridge P/N HJ1-13520-301-103 S/N D15100499 MFR Date 102015) |
| | Torque ID: 0414022090 DUE:4-2019 |

| | Task 35004 Total: | $.00 |
|--|--|--|

---

| Task: | 35005 |
|-------|-------|
| **Work Required:** | Comply with 36 month inspection of No. 2 Passenger mask deployment system cartridge and manifold plate. (CAMP 35CA3521122) |
| **Action Taken:** | Complied with 36 month inspection of No. 2 Passenger mask deployment system cartridge and manifold plate IAW HA-420 ALM 05-10 -00, CMM 35-20-22, and AMM 35-21-10. No defects noted at this time. |
| | Note: Manifold/cartridge assembly P/N HJ1-13520-301-101 S/N D15100372 MFR Date 102015 (Manifold P/N HJ1-13520-301-001 S/N D15100433 MFR Date 102015; Cartridge P/N HJ1-13520-301-103 S/N D15100402 MFR Date 102015; Cartridge P/N HJ1-13520-301-103 S/N D15100405 MFR Date 102015) |
| | Torque ID: 0414022090 DUE:4-2019 |

| | Task 35005 Total: | $.00 |
|--|--|--|

---

| Task: | 35006 |
|-------|-------|
| **Work Required:** | Comply with 36 month inspection of No. 1 Passenger mask deployment system cartridge and manifold plate. (CAMP 35CA3521121) |

| Action Taken: | Complied with 36 month inspection of No. 1 Passenger mask deployment system cartridge and manifold plate IAW HA-420 ALM 05-10 -00,  CMM 35-20-22, and AMM 35-21-10. No defects noted at this time. |
| --- | --- |
| | Note: Manifold/cartridge assembly P/N HJ1-13520-302-101 S/N D16010344 MFR Date 012016 (Manifold P/N HJ1-13520-302-001 S/N D16010404 MFR Date 012016; Cartridge P/N HJ1-13520-301-103 S/N D15100501 MFR Date 102015) |
| | Torque ID: 0414022090 DUE:4-2019 |

Task 35006 Total:        $.00

Total:        $.00

Total:   **$2,773.08**
Payable in USD

# HONDA

**Honda Aircraft Company**
Customer Service Center
6420 Ballinger Road
Greensboro, NC 27410
FAA CRS: 3HDR835B

## Work Package Invoice

| | |
|---|---|
| Invoice #: | WQ502420 |
| Work Package #: | WP300842 |
| Tail #: | N368BL |
| Serial #: | 42000052 |
| Date Printed: | 1/23/2019 |
| Page: | 1 |

**To:** HONDAJET LIMITED LLC
16221 FOSTER ST
STILWELL, KS 66085-8418
US

**Ship To:** HONDAJET LIMITED LLC

| Cust Ref #: | Phone #: | Entry Date: 1/8/2019 | Terms: NT30 |
|---|---|---|---|
| Code: 10335 | Fax #: | | |
| | Email: | | |

| Seq | Description | | Amount |
|---|---|---|---|
| 1 | TIME & MATERIAL | Labor: | $160.55 |
| | | Total: | $160.55 |
| 1 | NEW AIRCRAFT WARRANTY | Total: | $.00 |

## Invoice Totals:

| | | |
|---|---|---|
| Labor: | $160.55 | USD |
| Consumables: | $4.45 | USD |
| Total: | $165.00 | USD |
| | Payable in USD | |

Revision IR 1/1/13

Form HAC-2051

## 1 TIME & MATERIAL

**Task: 1001**

**Work Required:** Perform Preliminary Inspection per RSF-401.

**Action Taken:** Performed Preliminary Inspection per RSF-401.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 0.3 | $123.50 | $37.05 |
| | | | Labor Total: | $37.05 |
| | | | Task 1001 Total: | $37.05 |

**Task: 4001**

**Work Required:** CAMP is showing AD 2018-15-06 is due, Revise the Airworthiness Limitaions Section of the Maintenance Program and Comply with the Replacement Times or Inspection Intervals.

**Action Taken:** Reviewed HA-420 S/N 42000052 maintenance status and maintenance history and determined aircraft is in compliance with AD 2018-15-06 paragraph (f). The new and reduced inspection intervals were complied with @ ACTT-364.9 on 6/22/2018 (ref. maintenance log book entry dated 6/22/18).

| | | | | |
|---|---|---|---|---|
| | | | Task 4001 Total: | $.00 |

**Task: 72001**

**Work Required:** Comply with Monthly No. 1 engine performance downloads per HA-420 AMM 31-00-01 (CAMP Code 70-31-00-970-801).

**Action Taken:** Complied with No. 1 engine performance downloads per Honda Aircraft HA-420 AMM 31-00-01.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 0.5 | $123.50 | $61.75 |
| | | | Labor Total: | $61.75 |
| | | | Task 72001 Total: | $61.75 |

**Task: 72501**

**Work Required:** Comply with Monthly No. 2 engine performance downloads per HA-420 AMM 31-00-01 (CAMP Code 70-31-00-970-801).

**Action Taken:** Complied with No. 2 engine performance downloads per Honda Aircraft HA-420 AMM 31-00-01.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 0.5 | $123.50 | $61.75 |
| | | | Labor Total: | $61.75 |
| | | | Task 72501 Total: | $61.75 |

| | | | | |
|---|---|---|---|---|
| | | | Total: | $160.55 |

## 1 NEW AIRCRAFT WARRANTY

**Task: 12001**

**Work Required:** Pilot reports FBO at BNA had difficulty servicing lav externally. Service lavatory using customer's adapter fittings to verify proper function.

**Action Taken:** Upon further inspection found damaged fill lines. Removed fill lines PN HJ1-13830-315-005 and HJ1-13830-316-005. Installed new fill lines PN HJ1-13830-315-005 and HJ1-13830-316-005. Performed satisfactory leak check and servicing of lavatory system using the customers adapter fittings. Aft cargo liners and floor panels removed and reinstalled for access. All work completed in reference to HA-420 AMM 12-11-16, 20-11-10, 25-52-10, 38-00-00, and 53-23-10

Torque Wrench: 041402193. Cal Due: 4/30/19.

**Honda Aircraft Company**
    Invoice #:   **WQ502420**
    Customer:  **HONDAJET LIMITED LLC**
    Page: 3

|  |  |
|---|---|
| Task 12001 Total: | $.00 |

| Task: | 23001 | |
|---|---|---|
| Work Required: | Pilot reports radio (Com and XM Radio fades out repeatedly for approximately 30 seconds, then returns to normal volume. | |
| Action Taken: | The Sirius XM radio system will lower the volume of the XM radio while other communications are present for a period of time( ATC com, Pilot Intercom, etc.). During operational test Coms never faded only the XM radio did. Reference Garmin quick reference guide 190-01490-01 Rev. B. | |
| | Performed a satisfactory operational test of the COM and XM system Ref HA-420 AMM 23-10-01, and 34-00-01. No defects noted. | |
| | Task 23001 Total: | $.00 |

| Task: | 23002 | |
|---|---|---|
| Work Required: | Pilot reports RH PFD Com window (upper RH corner of screen) intermittently shows amber "X". | |
| Action Taken: | Performed a satisfactory operational test of the COM system, ref HA-420 AMM 23-10-01. Unable to duplicate the problem. Left power on the aircraft and monitored the screen for any amber X's of the Com system, no defects were noted. | |
| | Task 23002 Total: | $.00 |

| Task: | 29001 | |
|---|---|---|
| Work Required: | Perform brake system bleed verification test (Task 29-00-01-600-801, Step E(8)). | |
| Action Taken: | Complied with brake system bleed verification test IAW HA-420 AMM 29-00-01-600-801, Step E(8)). RH brake passed at 99.1% and the LH brake passed at 96.5%. | |
| | Note: See attached images.<br>Brake pedal force measuring device: HJT2000-00-3FTT-CS, SN: 6 | |
| | Task 29001 Total: | $.00 |

|  |  |
|---|---|
| **Total:** | **$.00** |

| Description | Qty | Ext Price |
|---|---|---|
| Consumable Charge | 1 | $4.45 |

|  |  |
|---|---|
| **Total:** | **$165.00** |
| | Payable in USD |

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 17 of 31



GE Honda Aero Engines

# Engine Contract Invoice

| Sold To | |
|---|---|
| | |

HONDA JET LIMITED, L.L.C.
P.O. Box 19307
STILWELL KS 66085-8418

| Bill To | |
|---|---|
| | |

HONDA JET LIMITED, L.L.C.
P.O. Box 19307
STILWELL KS 66085-8418

| Information | |
|---|---|

Document No.   : 90011974

Contract No.   : 40000441

Document Date : 20-Jul-2018

Customer No.   : 10335

Contact : 336-217-4707

Email   : flightready@haci.honda.com

| Header Information | |
|---|---|

Billing Date        : 20-Jul-2018

Validity Start Date : 30-Mar-2017

Validity End Date : 29-Mar-2022        Aircraft Model/Serial  :  HA-420/52

Payment Terms : Z5TH        Up to 08/05/2018 without deduction

| Item | Material | Quantity | UOM | Price | | Amount |
|---|---|---|---|---|---|---|
| 000010 | HF120-HA1-EMC2 | 20.900 | H | 146.92 | USD | 3,070.63 |
| | ENGINE HF120 EMC2 PROGRAM USAGE HOURS | | | | | |
| 000020 | HF120-HA1-EMC2 | 20.900 | H | 146.92 | USD | 3,070.63 |
| | ENGINE HF120 EMC2 PROGRAM USAGE HOURS | | | | | |

| | |
|---|---|
| Items Total | 6,141.26 |
| Taxes | 0.00 |
| Final Amount | 6,141.26 |

Notes:

# Honda Aircraft Company LLC

6420 Ballinger Rd, Greensboro, NC 27410.

| Sold to Party | |
|---|---|
| HONDA JET LIMITED, L.L.C.<br>P.O. Box 19307<br>STILWELL KS 66085-8418 | |

| Ship to Party | |
|---|---|
| HONDA JET LIMITED, L.L.C.<br>16221 FOSTER ST<br>STILWELL KS 66085-8418 | |

| Debit memo | |
|---|---|
| Document No. | 90008925 |
| Document Date | 02/09/2018 |
| Ref. Doc. type | Service Center Invoice |
| Ref. Doc. No. | WQ501669 |
| Ref. Doc. Date | 02/09/2018 |
| Currency | USD |
| Customer No. | 10335 |
| Phone | 336-662-0246 EXT 2088 |
| Email | accounts_receivable@haci.honda.com |

| Header Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| Payment Terms | NT30 | Net due in 30 days | | | | | |

| Item | Aircraft Model-Serial | Material | Quantity | UOM | Condition | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 10 | | LABOR-SVC_CTR<br>Labor - Service Center | 1 | EA | | 1,241.60  USD | 1,241.60 |
| 20 | | CONSUMABLES-SVC_CTR<br>Consumables - Service Center | 1 | EA | | 11.49  USD | 11.49 |

| | |
|---|---|
| Items Total | 1,253.09 |
| Taxes | 1.05 |
| **Total Amount** | **1,254.14** |

NOTES

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 19 of 31

# Honda Aircraft Company LLC

6420 Ballinger Rd, Greensboro, NC 27410.

<table>
<tr><td colspan="2">

**Sold to Party**

HONDA JET LIMITED, L.L.C.
P.O. Box 19307
STILWELL KS 66085-8418
</td></tr>
</table>

**Ship to Party**

HONDA JET LIMITED, L.L.C.
16221 FOSTER ST
STILWELL KS 66085-8418

## Debit memo

| | |
|---|---|
| Document No. | 90011489 |
| Document Date | 06/21/2018 |
| Ref. Doc. type | Service Center Invoice |
| Ref. Doc. No. | WQ501981 |
| Ref. Doc. Date | 06/21/2018 |
| Currency | USD |
| Customer No. | 10335 |
| Phone | 336-662-0246 EXT 2088 |
| Email | accounts_receivable@hacl.honda.com |

## Header Information

| Payment Terms | NT30 | Net due in 30 days |
|---|---|---|

| Item | Aircraft Model-Serial | Material | Quantity | UOM | Condition | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 10 | | LABOR-SVC_CTR | 1 | EA | | 4,260.76 | USD | 4,260.76 |
| | | Labor - Service Center | | | | | | |
| 20 | | CONSUMABLES-SVC_CTR | 1 | EA | | 127.82 | USD | 127.82 |
| | | Consumables - Service Center | | | | | | |

| | |
|---|---|
| Items Total | 4,388.58 |
| Taxes | 11.63 |
| **Total Amount** | **4,400.21** |

NOTES

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 20 of 31

# HONDA

**Honda Aircraft Company**
Customer Service Center
6420 Ballinger Road
Greensboro, NC 27410
FAA CRS: 3HDR835B

# Work Package Invoice

| | |
|---|---|
| Invoice #: | WQ501981 |
| Work Package #: | WP300571 |
| Tail #: | N368BL |
| Serial #: | 42000052 |
| Date Printed: | 6/21/2018 |
| Page: | 1 |

**To:** HONDAJET LIMITED LLC
16221 FOSTER ST
STILWELL, KS 66085-8418
US

**Ship To:** HONDAJET LIMITED LLC

| Cust Ref #: | Phone #: | Entry Date: 5/21/2018 | Terms: NT30 |
|---|---|---|---|
| Code: 10335 | Fax #: | | |
| | Email: | | |

| Seq | Description | | Amount |
|---|---|---|---|
| 1 | TIME & MATERIAL | Labor:<br>Total: | $4,260.76<br>$4,260.76 |
| 1 | NEW AIRCRAFT WARRANTY | Total: | $.00 |

## Invoice Totals:

| | | |
|---|---|---|
| Labor: | $4,260.76 | USD |
| Consumables: | $127.82 | USD |
| Total: | $4,388.58 | USD |
| | Payable in USD | |

Revision IR 1/1/13

Form HAC-205I

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 21 of 31

## 1   TIME & MATERIAL

**Task:   1001**

**Work Required:**   Perform Preliminary Inspection per RSF-401.

**Action Taken:**   Performed Preliminary Inspection per RSF-401.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 0.3 | $123.50 | $37.05 |
| | | | Labor Total: | $37.05 |
| | | | Task 1001 Total: | $37.05 |

---

**Task:   26001**

**Work Required:**   Comply with 150 hour Operational Check of the Fire Detector and Fire Suppression Bottle Indications per HA-420 ALM 05-60-00-601, Ref AMM 26-00-01-700-801. (CAMP 26CA2600011)

**Action Taken:**   Complied with 150 hour Operational Check of the Fire Detector and Fire Suppression Bottle Indications per HA-420 ALM 05-60-00-601, Ref AMM Task 26-00-01-700-801. Ops checked good with no defects noted.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 5.25 | $123.50 | $648.38 |
| | | | Labor Total: | $648.38 |
| | | | Task 26001 Total: | $648.38 |

---

**Task:   26002**

**Work Required:**   Comply with 150 hour Operational Test of the Fire Control Panel per HA-420 ALM 05-20-00, Ref AMM 26-00-01-700-801. (CAMP 26H A2600102A)

**Action Taken:**   Complied with 150 hour Operational Test of the Fire Control Panel per HA-420 ALM 05-20-00, Ref AMM 26-00-01-700-801. Ops checked good with no defects noted.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 5.25 | $123.50 | $648.38 |
| | | | Labor Total: | $648.38 |
| | | | Task 26002 Total: | $648.38 |

---

**Task:   27001**

**Work Required:**   Comply with 300 Hour Elevator Trim Tab Travel Adjustment (Backlash) per Chapter 05-60-00 Table 601 in accordance with Task 27-30-01-700-805. (CAMP 27HA2731101A)

**Action Taken:**   Complied with 300 Hour Elevator Trim Tab Travel Adjustment (Backlash) per Chapter 05-60-00 Table 601 in accordance with Task 27-30-01-700-805. Found elevator trim backlash to be within limits.

Torque Wrench I.D.- 0414022090 Cal. Due- 4/19
Inclinometer I.D.- 13070209 Cal. Due- 5/7/18
Force Gauge I.D.- 248490 Cal. Due- 12/31/18
Dial Indicator I.D.- 29720 Cal. Due- 12/18

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 2.5 | $123.50 | $308.75 |
| | | | Labor Total: | $308.75 |
| | | | Task 27001 Total: | $308.75 |

---

**Task:   27002**

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 22 of 31

Work Required: Comply with 300 Hour Rudder Trim Backlash Inspection per Chapter 05-60-00 Table 601 in accordance with Task 27-20-01-200-801. ( CAMP 27HA2721101A)

Action Taken: Complied with 300 Hour Rudder Trim Backlash Inspection per Chapter 05-60-00 Table 601 in accordance with Task 27-20-01-200-801 . Found rudder trim backlash to be within limits.

Torque Wrench I.D.- 0414022090 Cal. Due- 4/19
Inclinometer I.D.- 13070209 Cal. Due- 5/7/18
Force Gauge I.D.- 248490 Cal. Due- 12/31/18
Dial Indicator I.D.- 29720 Cal. Due- 12/18

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 2.5 | $123.50 | $308.75 |
| | | | Labor Total: | $308.75 |
| | | | Task 27002 Total: | $308.75 |

---

Task: 27003

Work Required: Comply with 300 Hour Aileron Trim Backlash Inspection per Chapter 05-60-00 Table 601 in accordance with Task 27-10-01-200-801. ( CAMP 27HA2711101A)

Action Taken: Complied with 300 Hour Aileron Trim Backlash Inspection per Chapter 05-60-00 Table 601 in accordance with Task 27-10-01-200-801. Found aileron trim backlash to be within limits.

Torque Wrench I.D.- 0414022090 Cal. Due- 4/19
Inclinometer I.D.- 13070209 Cal. Due- 5/7/18
Force Gauge I.D.- 248490 Cal. Due- 12/31/18
Dial Indicator I.D.- 29720 Cal. Due- 12/18

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 3.3 | $123.50 | $407.55 |
| | | | Labor Total: | $407.55 |
| | | | Task 27003 Total: | $407.55 |

---

Task: 32001

Work Required: Left main tire is worn to cord

Action Taken: Removed LH MLG wheel and tire assembly P/N HJ1-13240-010-001 S/N OCT15-0211/5190C180. Disassembled, cleaned, inspected and assembled Wheel P/N 90006365 S/N OCT15-0211 with new Tire P/N M19401 S/N 6090C010 IAW Meggitt AP-960 CMM 32-41-46 . No defects noted

Performed a satisfactory 24 hour leak check per Meggitt AP-960.

Installed LH MLG wheel and tire assembly P/N HJ1-13240-010-001 S/N OCT15-0211/6090C010 and installed new warning placard P N 6003859 IAW Meggitt AP-960 CMM 32-41-46 and HA-420 AMM 32-41-11.

Tire Gauge ID: N15Z1820104 DUE 7-18. Torque Wrenches 0414022090,0414021931, 0314505229. Cal due 4/19,4/19,6/30/18

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 5.7 | $123.50 | $703.95 |
| | | | Labor Total: | $703.95 |
| | | | Task 32001 Total: | $703.95 |

---

Task: 32002

Work Required: Right main tire is worn to cord

| | | | | | |
|---|---|---|---|---|---|
| Action Taken: | Removed RH MLG wheel and tire assembly P/N HJ1-13240-010-001 S/N SEP15-0197/6093C053. Disassembled, cleaned, inspected, and assembled Wheel P/N 90006365 S/N SEPT15-01971 with new Tire P/N M19401 S/N 6089C075 in accordance with Meggitt AP-96 0 CMM 32-41-46 and HA-420 AMM 32-41-11 No defects noted. | | | | |
| | Performed a satisfactory 24 hour leak check Meggitt AP-960 CMM 32-41-46. | | | | |
| | Installed RH MLG wheel and tire assembly P/N HJ1-13240-010-001 S/N SEP15-0197/6089C075 and installed new warning placard P N 5003859 and cover PN 90002074 per Meggitt AP-960 CMM 32-41-46 and HA-420 AMM 32-41-11. | | | | |
| | Tire Gauge ID: N16Z1820104 DUE 7-18. Torque Wrenches 0414022090,0414021931, 0314505229. Cal due 4/19,4/19,6/30/18 | | | | |

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 5.7 | $123.50 | $703.95 |
| | | | Labor Total: | $703.95 |
| | | | **Task 32002 Total:** | **$703.95** |

---

**Task:** 72001
**Work Required:** Left engine has oil leaking from under the cowling.
**Action Taken:** Cleaned L/H engine and pylon and performed a satisfactory operational leak check IAW GHAE HF120 LMM 72-00-00. No defects note d at this time.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 2 | $123.50 | $247.00 |
| | | | Labor Total: | $247.00 |
| | | | **Task 72001 Total:** | **$247.00** |

---

**Task:** 72002
**Work Required:** Comply with Monthly No. 1 engine performance downloads per HA-420 AMM 31-00-01 (CAMP Code 70-31-00-970-801).
**Action Taken:** Complied with No. 1 engine performance downloads per Honda Aircraft HA-420 AMM 31-00-01.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 0.5 | $123.50 | $61.75 |
| | | | Labor Total: | $61.75 |
| | | | **Task 72002 Total:** | **$61.75** |

---

**Task:** 72501
**Work Required:** Comply with Monthly No. 2 engine performance downloads per HA-420 AMM 31-00-01 (CAMP Code 70-31-00-970-801).
**Action Taken:** Complied with No. 2 engine performance downloads per Honda Aircraft HA-420 AMM 31-00-01.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 0.5 | $123.50 | $61.75 |
| | | | Labor Total: | $61.75 |
| | | | **Task 72501 Total:** | **$61.75** |

---

**Task:** 99001
**Work Required:** Perform Post Maintenance/Preflight Check per RSF-402.
**Action Taken:** Performed Post Maintenance/Preflight Check per RSF-402.

| Labor | Skill | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|
| | Technician | 1 | $123.50 | $123.50 |

Revision IR 1/1/13

Form HAC-2051

| Task: | 99001 | |
|---|---|---|
| Work Required: | Perform Post Maintenance/Preflight Check per RSF-402. | |
| Action Taken: | Performed Post Maintenance/Preflight Check per RSF-402. | |

| | Labor Total: | $123.50 |
|---|---|---|
| | Task 99001 Total: | $123.50 |

| | **Total:** | **$4,260.76** |
|---|---|---|

## 1   NEW AIRCRAFT WARRANTY

| Task: | 3001 |
|---|---|
| Work Required: | Comply with Honda Aircraft Service Bulletin SB-420-29-005 Brake System Bleed Validation. |
| Action Taken: | Complied with Brake System Bleed Validation in accordance with Honda Aircraft Company SB SB-420-29-005. No defects noted at this time. |

| | Task 3001 Total: | $.00 |
|---|---|---|

| Task: | 3002 |
|---|---|
| Work Required: | Comply with AD 2018-06-10 Insert Honda aircraft company temporary revision TR 01.1 into the Honda aircraft company HA-420 AFM. |
| Action Taken: | Complied with AD 2018-06-10 paragraph (G) by inserting Honda Aircraft Company Temporary Revision TR 01.1 into the AFM. |

| | Task 3002 Total: | $.00 |
|---|---|---|

| | **Total:** | **$.00** |
|---|---|---|

| Description | Qty | Ext Price |
|---|---|---|
| Consumable Charge | 1 | $127.82 |

| | **Total:** | **$4,388.58** |
|---|---|---|
| | | Payable in USD |

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 25 of 31

# Honda Aircraft Company LLC

6420 Ballinger Rd, Greensboro, NC 27410.

| Sold to Party | | Debit memo | |
|---|---|---|---|
| HONDA JET LIMITED, L.L.C.<br>P.O. Box 19307<br>STILWELL KS  66085-8418 | | Document No. | 90016451 |
| | | Document Date | 03/25/2019 |
| | | Ref. Doc. type | Service Center Invoice |
| | | Ref. Doc. No. | WQ502320 |
| **Ship to Party** | | Ref. Doc. Date | 03/25/2019 |
| | | Currency | USD |
| GREENSBORO SERVICE CENTER<br>6420 BALLINGER RD<br>GREENSBORO NC  27410 | | Customer No. | 10335 |
| | | Phone | 336-662-0246 EXT 2088 |
| | | Email | accounts_receivable@haci.honda.com |

## Header Information

| Payment Terms | NT30 | Net due in 30 days |
|---|---|---|

| Item | Aircraft Model-Serial | Material | Quantity | UOM | Condition | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 10 | | LABOR-SVC_CTR<br>Labor - Service Center | 1 | EA | | 2,692.31 | USD | 2,692.31 |
| 20 | | MISC-SVC_CTR<br>Miscellaneous - Service Center | 1 | EA | | 80.77 | USD | 80.77 |
| | | | | | | Items Total | | 2,773.08 |
| | | | | | | Taxes | | 0.00 |
| | | | | | | Total Amount | | 2,773.08 |

NOTES

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 26 of 31

# HONDA

**Honda Aircraft Company**
Customer Service Center
6420 Ballinger Road
Greensboro, NC 27410
FAA CRS: 3HDR835B

## Work Package Invoice

| | |
|---|---|
| Invoice #: | WQ501669 |
| Work Package #: | WP300447 |
| Tail #: | N368BL |
| Serial #: | 42000052 |
| Date Printed: | 2/9/2018 |
| Page: | 1 |

**To:** HONDAJET LIMITED LLC
16221 FOSTER ST
STILWELL, KS 66085-8418
US

**Ship To:** HONDAJET LIMITED LLC

| | | |
|---|---|---|
| Cust Ref #: | Phone #: | Entry Date: 2/1/2018    Terms: NT30 |
| Code: 10335 | Fax #: | |
| | Email: | |

| Seq | Description | | Amount |
|---|---|---|---|
| 1 | TIME & MATERIAL | Labor: | $691.60 |
| | | Consumables: | $11.49 |
| | | Total: | $703.09 |
| 1 | NEW AIRCRAFT WARRANTY | Total: | $.00 |
| 1 | RG-390ES CAP TEST - HACI FLAT RATE (PROGRAMS) | Labor: | $550.00 |
| | | Total: | $550.00 |

## Invoice Totals:

| | | |
|---|---|---|
| Labor: | $1,241.60 | USD |
| Consumables: | $11.49 | USD |
| Total: | $1,253.09 | USD |
| | Payable in USD | |

Revision IR 1/1/13                    Form HAC-205I

## 1 TIME & MATERIAL

TIME & MATERIAL - Consumable Charges $11.49

**Task: 1001**

| Work Required: | Perform Preliminary Inspection per RSF-401. |
| Action Taken: | Performed Preliminary Inspection per RSF-401. |

| Labor | Skill | | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|---|
| | Technician | | 0.3 | $123.50 | $37.05 |
| | | | | Labor Total: | $37.05 |
| | | | | Task 1001 Total: | $37.05 |

**Task: 24004**

| Work Required: | Comply with 12 Month Initial Move of Battery 1 to Battery 2 Position and Battery 2 to Battery 1 Position per Table 601 of HA-420 ALM Chapter 05-10-00-601 IAW Task 24-31-11-000-802. (CAMP 24CA2430013) |
| Action Taken: | Complied with 12 month move of Battery 1 P/N: RG-390ES, S/N: 40863167 to Battery 2 Position and Battery 2 P/N: RG-390ES, S/N: 40844978 to Battery 1 Position  (CAMP Task 24CA2430013) IAW HA-420 AMM 24-31-11. Performed a satisfactory battery power test in accordance with HA-420 AMM task 24-00-02-700-801. |

After Swap #1 Battery SN: 40844978
After Swap #2 Battery SN: 40863167

Torque Wrench ID: 0414022183 cal due: 04/2018

| Labor | Skill | | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|---|
| | Technician | | 0.5 | $123.50 | $61.75 |
| | | | | Labor Total: | $61.75 |
| | | | | Task 24004 Total: | $61.75 |

**Task: 25002**

| Work Required: | Comply with 12 month functional test of the Emergency Locator Transmitter per HA-420 ALM 05-20-00. (CAMP 25HA2560101B) |
| Action Taken: | Performed a satisfactory ELT functional test and 12 month inspection, reference HA-420 AMM 25-60-01 and Kannad CMM 25-63-08. ELT P/N: S1851591-01, S/N: LX1100316886 was found to comply with the requirements of FAR 91.207(d). A new O-ring, Hardware, Desiccant capsule and label used from a new battery replacement kit P/N: S1840510-01, S/N:LX1100197216 to re-assemble the ELT inspection after inspection. Battery Exp Date is 08/2022. |

Performed a satisfactory 6 Month Emergency Locator Transmitter Self-Test per HA-420 ALM 05-20-00, AMM 25-60-01, and Kannad C MM 25-63-06.

Torque Wrench ID: 0514026609, Next Cal Due: 4/30/18.
IFR4000 ID: 057582, Next Cal Due: 8/2018
*Note: Parts from Battery Replacement kit were used in lieu of an annual inspection kit due to current parts availability. The Original ba
ttery in the ELT was not changed at this time.*

| Labor | Skill | | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|---|
| | Technician | | 2.5 | $123.50 | $308.75 |
| | | | | Labor Total: | $308.75 |
| | | | | Task 25002 Total: | $308.75 |

**Task: 72001**

| Work Required: | Perform Monthly No. 1 engine performance downloads per HA-420 AMM 31-00-01 (CAMP Code 70-31-00-970-801). |
| Action Taken: | Performed No. 1 engine performance downloads per Honda Aircraft HA-420 AMM 31-00-01. |

| Labor | Skill | | Hours | Labor Rate | Ext Price |
|---|---|---|---|---|---|

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 28 of 31

| Task:  72001 | | | | |
|---|---|---|---|---|
| Work Required: | Perform Monthly No. 1 engine performance downloads per HA-420 AMM 31-00-01 (CAMP Code 70-31-00-970-801). | | | |
| Action Taken: | Performed No. 1 engine performance downloads per Honda Aircraft HA-420 AMM 31-00-01. | | | |
| | Technician | 0.5 | $123.50 | $61.75 |
| | | | Labor Total: | $61.75 |
| | | | Task 72001 Total: | **$61.75** |

| Task:  72501 | | | | |
|---|---|---|---|---|
| Work Required: | Perform Monthly No. 2 engine performance downloads per HA-420 AMM 31-00-01 (CAMP Code 70-31-00-970-801). | | | |
| Action Taken: | Performed No. 2 engine performance downloads per Honda Aircraft HA-420 AMM 31-00-01. | | | |
| Labor | Skill | Hours | Labor Rate | Ext Price |
| | Technician | 0.5 | $123.50 | $61.75 |
| | | | Labor Total: | $61.75 |
| | | | Task 72501 Total: | **$61.75** |

| Task:  99001 | | | | |
|---|---|---|---|---|
| Work Required: | Pilot requests information whether ADS-B can be turned off. | | | |
| Action Taken: | Per Garmin document 190-01491-01, Rev B, G3000 Pilot's Guide for the HondaJet HA-420, the ADS-B transmit can be disabled Via the Transponder screen on the Control Display Unit. However, it defaults to enabled at each power cycle and per the Pilot's Guide should only be turned off when specifically requested by ATC. See Section 4.4, Page 181 of the Pilot's Guide for details. | | | |
| Labor | Skill | Hours | Labor Rate | Ext Price |
| | Technician | 0.3 | $123.50 | $37.05 |
| | | | Labor Total: | $37.05 |
| | | | Task 99001 Total: | **$37.05** |

| Task:  99002 | | | | |
|---|---|---|---|---|
| Work Required: | Perform Post Maintenance/Preflight Check per RSF-402. | | | |
| Action Taken: | Performed Post Maintenance/Preflight Check per RSF-402. | | | |
| Labor | Skill | Hours | Labor Rate | Ext Price |
| | Technician | 1 | $123.50 | $123.50 |
| | | | Labor Total: | $123.50 |
| | | | Task 99002 Total: | **$123.50** |

| | | | Total: | **$703.09** |
|---|---|---|---|---|

## 1   NEW AIRCRAFT WARRANTY

| Task:  24001 | |
|---|---|
| Work Required: | Pilot reports intermittent right generator fail CAS message.  Happened twice during cold weather and once later during warm weather. |
| Action Taken: | Troubleshoot RH generator, could not duplicate problem.  Removed RH GCU PN: HJ1-12436-101-013 SN: 0134 and swapped with LH GCU PN: HJ1-12436-101-013 SN: 0151 for troubleshooting purposes IAW HA-420 AMM 24-31-10 |
| | LH GCU NEW PN: HJ1-12436-101-013 SN: 0134 |
| | RH GCU NEW PN: HJ1-12436-101-013 SN: 0151 |
| | Performed a satisfactory functional check of electrical power system IAW HA-420 AMM 24-00-02 |

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 29 of 31

| | Task 24001 Total: | $.00 |
|---|---|---|

**Task: 25001**

**Work Required:** Pilot reports one cabin window shade is inop/stuck (did not specify which one).

**Action Taken:** Troubleshot and determined RH forward cabin window shade to be inoperative. Removed RH forward window shade P/N: HJ1-12520-811-001,and replaced with New P/N:HJ1-12520-811-001 IAW HA-420 AMM 25-21-25. Performed a satisfactory operational test of window shades IAW HA-420 AMM task 44-00-01.

Torque Wrench ID: 0414022183 Cal Due: 4/2018

| | Task 25001 Total: | $.00 |
|---|---|---|

**Task: 27001**

**Work Required:** Pilot reports YAW TRIM FAIL CAS message.

**Action Taken:** Troubleshot Yaw Trim Fail CAS message and determined the Yaw Trim Adapter to be inoperative. Removed Aft Cargo liners to facilitate access to Yaw Trim adapter Ref HA-420 AMM 26-61-10. Removed Yaw Trim Adapter P/N: 011-00960-20, S/N: 1A2000730 and installed new  Yaw Trim Adapter P/N: 011-00960-20, S/N: 1A2000850 in accordance with HA-420 AMM 22-14-10. Loaded Garmin Software ref HA-420 AMM 31-61-00. Performed a satisfactory functional test of the Yaw Trim Function Ref Honda Aircraft FTP HA420-010-2 2002 Rev K sections 9.1, 9.2 and 9.6. Re-installed  Aft Cargo liners Ref HA-420 AMM 26-61-10.

See attached letter from Honda Aircraft Technical Service Representative Joshua Watkins for deviation of AMM to use  Honda Aircraft FTP HA420-010-22002 Rev K sections 9.1, 9.2 and 9.6. in lieu of HA-420 AMM tasks 22-00-01-700-801&803.
Torque Wrench ID: 041402209, Next Cal Due: 04/2018
Bond Meter ID: DC005161, Next Cal Due: 9/30/18

| | Task 27001 Total: | $.00 |
|---|---|---|
| | **Total:** | **$.00** |

**1    RG-390ES CAP TEST - HACI FLAT RATE (PROGRAMS)**

RG-390ES CAP TEST - HACI FLAT RATE (PROGRAMS) - Fi

$550.00

**Task: 24002**

**Work Required:** Comply with 12 Month Initial Capacity Check of the No. 1 Battery per Table 601 of HA-420 ALM Chapter 05-10-00-601 IAW Concorde CMM. (CAMP 24CA2430012)

**Action Taken:** Removed battery No. 1 IAW HA-420 AMM 24-31-11 to facilitate capacity check.
Complied with No. 1 Main ship (Lead Acid) battery capacity check (CAMP Task 24CA2430012) IAW Concorde Battery Corporation CMM 24-30-71 rev. "P". Battery P/N: RG-390ES, S/N:40863167 passed capacity test with a rated capacity of 88.6%. Reference WP3004 47 Sequence 24004 For installation of battery No. 1.

Performed a satisfactory battery power test IAW HA-420 AMM task 24-00-02.

Charger ID:3954RR, Next Cal Due: 12/31/2018
Discharger ID: Q5121, Next Cal Due: 12/31/2018

| | Task 24002 Total: | $.00 |
|---|---|---|

**Task: 24003**

**Work Required:** Comply with 12 Month Initial Capacity Check of the No. 2 Battery per Table 601 of HA-420 ALM Chapter 05-10-00-601 IAW Concorde CMM. (CAMP 24CA2430012)

**Action Taken:** Removed battery No. 2 IAW HA-420 AMM 24-31-11 to facilitate capacity check.
Complied with No. 2 Main ship (Lead Acid) battery capacity check (CAMP Task 24CA2430012) IAW Concorde Battery Corporation CMM 24-30-71 rev. "P". Battery P/N: RG-390ES, S/N:40844978 passed capacity test with a rated capacity of 88.5%. Reference WP3004 47 Sequence 24004 For installation of battery No. 2.

Performed a satisfactory battery power test IAW HA-420 AMM task 24-00-02.

Charger ID:3924R, Next Cal Due: 12/31/2018
Discharger ID: Q5120, Next Cal Due: 12/31/2018

| | |
|---|---|
| Task 24003 Total: | $.00 |
| Total: | $550.00 |
| Total: | $1,253.09 |
| | Payable in USD |

Case 1:19-cv-01046-LCB-LPA   Document 1-1   Filed 10/14/19   Page 31 of 31