# EXHIBIT B

| Est. Event Date | Issue | Where Repaired | Additional Notes | Est. Hrs |
|---|---|---|---|---|
| 10/25/2018 | Bleed leak sensor replacement | HACI facility | Crew is reporting a Wing Anti-Ice Fault CAS message. 11/7/2018 Removed and replaced BALD line along left wing spar. | 463.7 |
| 10/18/2018 | Window seals and windshield replacement | HACI facility | 10/18/2018 Replaced Cabin Window Seals and LH WindShield. | 447.4 |
| 9/14/2018 | #1 GPS, coax repair | DMFS facility | Customer complained that in flight, ADSB only works on GPS 1. Tightened TNC connector on GPS antenna and tested good. | 425.5 |
| 6/22/2018 | Power Brake Valve replacement | DMFS facility | SB-420-32-001 | 364.9 |
| 1/26/2018 | Generator Control Unit's and Trim adapter replacement | HACI facility | 01/26/2018 Pilot reports R GEN FAIL CAS message posts after engine start. Removed GCU S/N 0134 & installed S/N 0094. Removed Trim Adapter S/N 1A2000730 & Installed S/N 1A2000850. | 216 |
| 10/24/2017 | Fuel Bladder leaking fuel | HACI facility | 10/24/2018 Repaired leak at check valve area. | 160.6 |
| 9/12/2017 | S/N 52 Fuel cap lanyard rivet is missing | HACI facility | 09/11/2017 Repair memo sent to Dealer. 10/24/2018 Replaced Rivet. | 123.3 |
| 9/7/2017 | S/N 52 Hydraulic Level at 35% | UNK | Pilot Kevin Tyler reported from Sky Service Calgary that he requested hydraulic replenishment which they could not perform due to lack of hydraulic adaptor for HondaJet. It is not clear where the work was finally accomplished. | 87 |
| 8/2/2017 | Air Conditioning Compressor replacement | DMFS facility | 08/02/2017 DMFS removed and replaced the Compressor Drive Module Assy | |
| 6/22/2017 | S/N 52 Velcro on Visor not holding | DMFS facility | 06/22/2017 BR Contacted customer for a schedule and date to fix issue at DMFS 08/01/ 2017. 08/02/2017 Removed and replaced the Velcro. | 64 |
| 6/10/2017 | Engine Bleed Air Valve replacement | DMFS travelled to Mount Home to perform repair | HPRSOV replaced on-site. Engine runs completed. ACFT RTS. | 61.1 |
| 5/5/2017 | S/N 52 Paint Chipping | HACI facility | 04/25/2017 Owner Rob Finley Reported paint chipping at the lower leading edge of the engine pylon. 05/10/2017 Touched up paint chipping at the lower leading edge of the engine pylon. 05/15/2017 Honda credited Mr. Finley's account $11,000 for @ $1100.00 an hour for 10 hours for his relocation goodwill. | 47.5 |
| 4/17/2017 | S/N 52 Rad/Alt Fail | HACI facility | 05/10/2018 Replaced the Rad-Alt R/T with a new unit. Performed calibration and tested with no observed problems. | |
| 4/17/2017 | S/N 52 Multiple CAS Messages | HACI facility | 04/17/2018 A/C had multiple CAS messages related to a L gen Fault. Removed and replaced #1 DCU Ops check good. | 30.6 |
| 3/30/2017 | S/N 52 Delivery Receipt & PDCs | HACI facility | Aircraft Delivery at GSO | 8.7 |

Exhibit B

Page 1 of 1

Case 1:19-cv-01046-LCB-LPA   Document 1-2   Filed 10/14/19   Page 2 of 2