# EXHIBIT G

## Mark Carney

**From:** mark@carneyfirm.net
**Sent:** Friday, February 15, 2019 11:45 AM
**To:** Brad Hasselwander
**Subject:** Fwd: Sn52 brake update

**CONFIDENTIALITY NOTICE:** This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine.

**SETTLEMENT NOTICE:** If this correspondence is offered as a settlement or a response to a settlement offer, please note that this correspondence is intended as an offer of compromise with the meaning of AR and FRE §408 and can only be used during settlement negotiations.

**IRS CIRCULAR 230 DISCLOSURE:** To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any matters addressed herein.

Begin forwarded message:

> **From:** Kevin Tyler <kevinltyler@outlook.com>
> **Date:** February 13, 2019 at 11:48:08 AM CST
> **To:** "mark@carneyfirm.net" <mark@carneyfirm.net>
> **Subject: Fwd: Re: Sn52 brake update**
>
> Sent via the Samsung Galaxy S7 edge, an AT&T 4G LTE smartphone
>
> -------- Original message --------
> From: Bill Kluepfel <Bill_Kluepfel@haci.honda.com>

1

Exhibit G

Date: 2/13/19 11:26 AM (GMT-05:00)
To: Kevin Tyler <kevinltyler@outlook.com>
Subject: Re: Sn52 brake update

Kevin,

There is a modification that we are working on to improve the field condition on aircraft such as S/N: 52. We just finished installing the modification on an aircraft while it is here for a 600 hour Inspection to validate the Service Bulletin. Once we finalize the Service Bulletin and get feedback from the aircraft operator, we should be able to release it and incorporate it on S/N: 52.

Regards,

Bill

William Kluepfel
Operations Manager, GSO Service Center

Honda Aircraft Company
Customer Service Facility
6420 Ballinger Road Bldg 400
Greensboro, NC 27410 USA
Tel:336.554.8300 Ext. 1533


From: Kevin Tyler <kevinltyler@outlook.com>
To: "bill_kluepfel@haci.honda.com" <bill_kluepfel@haci.honda.com>,
Date: 02/12/2019 10:56 AM
Subject: Sn52 brake update


Morning Bill

I wanted to see if you had a chance to talk to your pilot that flew 52 back to bpk about the brakes on the aircraft.
Having flown 4 different hondajets from I know that they all have similar sensitivity but sn52 is the worst of them all.
I was hoping we could do something to even get it more online with the other 3 aircrafts

Thanks
Kevin Tyler



Sent via the Samsung Galaxy S7 edge, an AT&T 4G LTE smartphone

This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and may contain material that is Honda Aircraft Company confidential, proprietary, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this

communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify Bill_Kluepfel@haci.honda.com or 336.662.0246. Thank you.
Please click here for link to our Privacy Policy: http://www.hondajet.com/site/Privacy

**Mark Carney**

| | |
|---|---|
| **From:** | Kevin Tyler <kevinltyler@outlook.com> |
| **Sent:** | Tuesday, December 4, 2018 2:01 PM |
| **To:** | mark@carneyfirm.net |
| **Subject:** | Fwd: Re: Follow up from call regarding SN 52 / N368BL |
| **Flag Status:** | Flagged |

Sent via the Samsung Galaxy S7 edge, an AT&T 4G LTE smartphone

-------- Original message --------
From: Bill Kluepfel <Bill_Kluepfel@haci.honda.com>
Date: 11/25/18 5:48 PM (GMT-06:00)
To: Kevin Tyler <kevinltyler@outlook.com>
Cc: James Schofield <James_Schofield@haci.honda.com>, Julie Hughes <Julie_Hughes@haci.honda.com>
Subject: Re: Follow up from call regarding SN 52 / N368BL

Kevin,

Thanks for letting us know. Thursday should be okay.

Bill

William (Bill) Kluepfel
Manager, GSO Service Center

Honda Aircraft Company
Customer Service Facility
6420 Ballinger Road, Bldg 400
Greensboro, NC  27410 USA

Tel: 336.554.8300 Ext. 1533

On Nov 25, 2018, at 6:06 PM, Kevin Tyler <kevinltyler@outlook.com> wrote:

> James
> With my changing flight schedule Tuesday is not going to work for me. There is a possibility of me getting over Thursday. I'm trying to verify that.
> Thanks
> Kevin

Sent via the Samsung Galaxy S7 edge, an AT&T 4G LTE smartphone

-------- Original message --------
From: James Schofield <James_Schofield@haci.honda.com>
Date: 11/21/18 5:54 PM (GMT-06:00)
To: Kevin Tyler <kevinltyler@outlook.com>
Cc: Bill Kluepfel <Bill_Kluepfel@haci.honda.com>, Julie Hughes <Julie_Hughes@haci.honda.com>
Subject: Re: Follow up from call regarding SN 52 / N368BL

Thank you. I will send you the time on Monday morning.

Would you like us to setup a car and room for you?

On Nov 21, 2018, at 6:47 PM, Kevin Tyler <kevinltyler@outlook.com> wrote:

> James
> If it works for everyone. I'll airline in from Orlando on Monday evening.
> Get get me the times and location to meet on Tuesday.
> Thanks
> Kevin
>
>
> Sent from my iPad
>
> On Nov 21, 2018, at 11:01 AM, James Schofield <James_Schofield@haci.honda.com> wrote:
>
>> Mr Hasselwander and Mr Tyler,
>> We have confirmed pilot availability on our end for Tuesday, November 27th. Please let me know if this day works for you to come on site and fly the aircraft.
>>
>> I have also taken the steps to ensure you are not invoiced for you P-2 service plan for the months of October and November.
>>
>> We will lock down plans with your confirmation.
>>
>> Thank you
>> James Schofield
>>
>> On Nov 20, 2018, at 2:45 PM, James Schofield <James_Schofield@haci.honda.com> wrote:
>>
>>> Mr Tyler,
>>> Thank you for your time today. Per your request we are going to move forward with doing some operational checks on the braking system and a full service check using your fittings on the lavatory external service.
>>>
>>> You mentioned two major concerns with the aircraft overall: Brake sensitivity and irregular tire wear. As we

2

discussed these are fleet issues. We have an improvement program in place for both of these issues. The brake system can be improved by an upcoming upgrade to match the Elite aircraft system. The tire program is still in research and development stage and we don't have a correction for any aircraft at this time.

With your confirmation I will work towards getting one of our pilots available to fly with you on Monday, November 26th or 27th at your convenience to fly a full acceptance profile with the goal of finding any issues that may be pending. I will await yours or Mr. Hasselwanders confirmation approval for this exercise. I will reimburse aircraft relocation and any of your travel costs associated with this flight and redelivery.

We will update you on the current work and await your approval for a flight on the 26th or 27th.

Thank you


James W. Schofield
Senior Manager, Technical Services

**Honda Aircraft Company**
6420 Ballinger Road
Greensboro, NC 27410 USA
Email: James_Schofield@haci.honda.com
Tel: 336.554.8300,1037
Cell: 336.549.4812
Fax: 336.554.8310
www.HondaJet.com

This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and may contain material that is Honda Aircraft Company confidential, proprietary, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify James_Schofield@haci.honda.com or 336.662.0246. Thank you. Please click here for link to our Privacy Policy: http://www.hondajet.com/site/Privacy

This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and may contain material that is Honda Aircraft Company confidential, proprietary, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify James_Schofield@haci.honda.com or 336.662.0246. Thank you.
Please click here for link to our Privacy Policy: http://www.hondajet.com/site/Privacy

This message is intended only for the use of the individual(s) or entity(ies) to which it is addressed and may contain material that is Honda Aircraft Company confidential, proprietary, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify Bill_Kluepfel@haci.honda.com or 336.662.0246. Thank you.
Please click here for link to our Privacy Policy: http://www.hondajet.com/site/Privacy