# EXHIBIT J



*AMENDMENT NO. 2 to HONDAJET PURCHASE AGREEMENT*
No. 40000052

*This Amendment No. 2 is entered into as of* Feb. 23rd, *2015 by and between Honda Aircraft Company, LLC ("Seller") and* Honda Jet Ltd., LLC *("Purchaser") for the purpose of revising the HondaJet Purchase Agreement ("Agreement") dated October 17, 2006, as amended from time to time, by and between Seller and Purchaser for the purchase of one (1) HondaJet HA-420 Aircraft.*

Seller and Purchaser agree that the Agreement is amended as follows:

1. The Aircraft serial number is hereby confirmed as Serial No. 42000052.

3. Purchaser and Seller hereby confirm the optional equipment and interior and exterior selections made by Purchaser are detailed in the attached Aircraft Options, which is incorporated into and made a part of the Agreement as Exhibit A-1.

4. The total price of the optional selections shown in Exhibit A-1 will be added to the Aircraft Purchase Price.

Except as amended by this Amendment, the Agreement remains in full force and effect in the form executed by Seller and Purchaser. This Amendment shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE CHANGES TO THE AGREEMENT DESCRIBED HEREIN SHALL BECOME EFFECTIVE. ALL OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED. IN THE EVENT OF CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above written.

| HONDAJET LIMITED, L.L.C. | HONDA AIRCRAFT COMPANY, LLC |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Name: F.B. Freeman, Jr. | Byron Severson |
| Title: Managing Member | Vice President, Sales |

420000052 Amdt 2    Page 1 of 2

Exhibit J

Exhibit A-1 to HondaJet Purchase Agreement
Contract No. 40000052
Aircraft Serial No. 42000052

## Aircraft Options

| | Option Description | Price |
|---|---|---|
| **Interior** | | |
| CA CO GY | Color Pallet 2 - Moonlight | NC |
| **Cockpit** | | |
| FD CS EX | Crew Seats - Leather Upgrade | NC * |
| FD CC YS | Cockpit/Cabin Divider Curtain | NC * |
| **Cabin** | | |
| CA LD SC | LH Storage Cabinet | NC * |
| CA EN SF | RH Forward Side Facing Seat | NC * |
| CA CF CF | Refreshment Center Carbon Fiber Finish | NC * |
| CA CS EX | Executive Seat Upgrade | NC * |
| CA TA RL | LH Stowable Executive Table | NC * |
| CA SH EP | Electric Pleated Shades | NC * |
| CA FT YS | Main Cabin Floor Trim Upgrade | NC * |
| CA PO YF | Universal Power Outlets for Forward Facing Seats (Cabin Power 2) | $9,400.00 |
| CA CU YS | Personal Storage Compartments | NC * |
| CA OW LV | Life Vests | NC * |
| LA LD HD | Solid Aft Cabin Door | NC * |
| LA LV ES | Externally Serviceable Toilet | NC * |
| LA WS YS | Sink with Running Water | NC * |
| **Exterior** | | |
| EX AC BL | Paint - Signature Blue | NC * |
| EX SB YS | Speed Brake | $100,000.00 |
| **Avionics** | | |
| AV RA YS | Radar Altimeter | NC * |
| AV JC YS | Jeppesen Chartview | $6,200.00 |
| AV TR TT | TCAS II (Includes Radar Altimeter, Dual Extended Squitter Transponder and ADS-B OUT functionality) | $142,000.00 |
| AV TW AA | TAWS Class A | $42,100.00 |
| AV SV YS | Synthetic Vision | $26,300.00 |
| AV XW YS | XM Weather Data-link | $10,300.00 |
| | | $336,300.00 |

* No charge as part of the Loyalty Package

Case 1:19-cv-01046-LCB-LPA   Document 1-10   Filed 10/14/19   Page 3 of 3