# EXHIBIT K



*ADDENDUM to HONDAJET PURCHASE AGREEMENT*
*No. 40000052*

## DELIVERY RECEIPT

The undersigned Purchaser hereby accepts delivery of one (1) Honda Aircraft Company, LLC model HA-420 aircraft, bearing United States Registration Number N368BL (the "Aircraft"), manufactured in accordance with the HondaJet Retail Purchase Agreement, No. 40000052 between Purchaser and Seller, and Seller's Specification and Description dated 1/2016 (the "Specification").

Purchaser hereby confirms acceptance and delivery of the Aircraft equipped as specified in the Agreement and Specification, and verifies that the Aircraft has been inspected and generally conforms to the same. Purchaser also confirms receipt of the appropriate, approved Flight Manual for the Aircraft.

**Aircraft Information**

| Item | Serial Number |
| --- | --- |
| Airframe | 42000052 |
| Engine 1 | 883197 |
| Engine 2 | 883198 |
| Airframe/Engine Hours at Delivery | 8.7 |
| Airframe/Engine Cycles at Delivery | 6 |

**Delivery Information**

| | |
| --- | --- |
| Date of delivery: | 3/30/2017 |
| Delivery location (City, State): | Greensboro, NC |
| Warranty start/activation date: | 3/30/2017 |
| Date of departure: | 3/30/2017 |

Honda Aircraft Company, LLC ("Seller")

BY: *(signature)*
Name: Christopher Belcher
Title: Manager, Contracts

HondaJet Limited, L.L.C. ("Purchaser")

BY: *(signature)*
Name: Rob Finley
Title: Authorized Agent

Exhibit K

EA001917 Conveyance Recorded Apr/19/2017 09:42 AM FAA

| UNITED STATES OF AMERICA | FORM APPROVED |
| --- | --- |
| U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION | OMB NO. 2120-0042 |

## AIRCRAFT BILL OF SALE

FOR AND IN CONSIDERATION OF **$1+OVC** THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

**UNITED STATES REGISTRATION NUMBER** N **368BL**

**AIRCRAFT MANUFACTURER & MODEL**
Honda Aircraft Company, LLC  HA-420

**AIRCRAFT SERIAL No.**
42000052

DOES THIS 30 DAY OF March, 2017 HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER**

NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

Honda Jet Limited, L.L.C.
16221 Foster Street
Stilwell, KS 66085

DEALER CERTIFICATE NUMBER

AND TO EXECUTORS, ADMINISTRATORS, AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF:

IN TESTIMONY WHEREOF  I  HAVE SET  my  HAND AND SEAL THIS 30 DAY OF March ,2017

**SELLER**

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
| --- | --- | --- |
| Honda Aircraft Company, LLC | *[signature]* | Manager, Contracts |
| | Christopher Belcher | |
| | | |

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING: HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

ORIGINAL:
AC  Form 8050-2 (9/92) (NSN 0052-00-629-0003) Supersedes Previous Edition

170891341469
$5.00 03/30/2017